UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN MEARS,

        Plaintiffs,

   v.

ALL-CLAD METALCRAFTERS, LLC, et al.,

        Defendants.

Case No.  20-cv-02662-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **December 11, 2020 at 3:00 PM**.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  **December 15, 2020**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **April 15, 2021**

DESIGNATION OF EXPERTS: **May 3, 2021**; REBUTTAL: **June 24, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **September 6, 2021**

MOTION for Class Certification **SHALL** be filed by **October 20, 2021**;
    Opp. Due: **November 22, 2021**; Reply Due: **December 13, 2021**;
    and set for hearing no later than **January 7, 2022 at 10:00 AM**.

PRETRIAL CONFERENCE and TRIAL DATE: **TBD.**

ADR to be completed by November 30, 2020 through private mediator. The parties shall file a notice with the Court by August 28, 2020 stating their choice of mediator and when mediation is scheduled.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: August 10, 2020

_____
SUSAN ILLSTON
United States District Judge